| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Charles E. Schaffer, Esq.<br>Levin Sedran & Berman, LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone No: 215-592-1500   FAX No: 415-772-4707 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Eastern District Of Pennsylvania

Plaintiff(s): Mirza Baig, et al.
Defendant: Nuna Baby Essentials, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25cv03327JLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Designation Form; Notice of Procedure to Consent to Reference of Civil Action or Proceeding to a Randomly Assigned Magistrate Judge

3. a. Party served:                          Nuna Baby Essentials, Inc.
   b. Person served:                         c/o Brad Bickley, President

4. Address where the party was served:      70 Thousand Oaks Blvd
                                             Morgantown, PA 19543

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 02, 2025 at: 9:35AM by leaving the copies with or in the presence of:
   Sandy Keough, Corporate Office Administrative, Caucasian, Female, 50 Years Old, Brown Hair, 5 Feet 4 Inches, 185 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

**7. Person Who Served Papers:**                                   *Fee for Service:*
   a. Bobbi Jo Kazmierczak
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of PENNSYLVANIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons and Complaint                        (Bobbi Jo Kazmierczak)                chsch.282533