**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>           Defendant. | Case No.  5:25-cv-03327-JLS |

**MOTION TO ADMIT LAURENCE D. KING *PRO HAC VICE***

Pursuant to Local Civil Rule 83.5.2(b) and Section I.E. of this Court's practice rules, Plaintiff Mirza Baig, through the undersigned counsel, respectfully ask the Court to admit Laurence D. King of Kaplan Fox & Kilsheimer LLP *pro hac vice* in the above-captioned action. Good cause exists for this request.

Plaintiff Baig desires Laurence D. King to participate as his counsel in this action, and he is qualified to do so, because he has significant experience representing consumers in product defect cases under state consumer protection and warranty statutes such as those at issue in this case. Additionally, Mr. King is counsel for plaintiffs in a related action, *Bernasconi Pelufo, et al. v. Nuna Baby Essentials, Inc.* (3:25-cv-02961-AMO), currently pending in the Northern District of California, in which plaintiffs have fully briefed a motion to dismiss claims under California law that is set to be heard on August 7, 2025. In addition, the filing fee has been paid. The Court's form application is also attached to this Motion for the Court's reference.

In addition, the filing fee has been paid. The Court's form application is also attached to this Motion for the Court's reference.

WHEREFORE, Plaintiff Baig respectfully moves to admit Laurence D. King as his counsel *pro hac vice* in the above-captioned action.

- 1 -

Respectfully submitted,

Dated:  July 14th, 2025            By:   /s/*Charles E. Schaffer*
                                                      Charles E. Schaffer

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com

*Attorneys for Plaintiff Mirza Baig and the Proposed Class*