## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

MIRZA BAIG, individually and on behalf of all others similarly situated

v.

NUNA BABY ESSENTIALS, INC.

Case Number: 5:25-cv-03327-JLS

## ORDER

AND NOW, this _____ day of _____ 20____ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add Laurence D. King, Esquire as counsel for Plaintiff Mirza Baig.  Laurence D. King is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 5:25-cv-03327-JLS

### *MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I, <u>MOVANT'S STATEMENT</u>

I, Laurence D. King, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiff Mirza Baig.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| New York | 5/2/1989 | 2273308 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| California | 4/15/2000 | 206423 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| N.D. Cal. | 4/15/2000 | 206423 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| C.D. Cal | 9/6/2000 | 206423 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| S.D. Cal. | 2/18/2003 | 206423 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

(Continued on Attachment A)

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Plaintiff Mirza Baig

*Name of Attorney:* Laurence D. King

*Firm Address:* 1999 Harrison Street, Suite 1560, Oakland, CA 94612

*Telephone Number:* 415-772-4700

*Email Address:* lking@kaplanfox.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 07/14/2025                          /s/Laurence D. King
              *(Date)*                                    *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Laurence D. King_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Charles E. Schaffer | */s/Charles E. Schaffer* | 11/27/1995 | #76259 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Levin Sedran & Berman LLP, 510 Walnut Street, Suite 500, Philadelphia, PA 19106

Telephone: (215) 592-1500

cschaffer@lfsblaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* _7/14/2025_           */s/Charles E. Schaffer_
       *(Date)*                        *(Sponsor's signature)*

<u>ATTACHMENT A</u>

New York State, First Department – Admitted 1989
Eastern District of New York – Admitted 1994
Southern District of New York – Admitted 1994
District of Nebraska – Admitted 2022
United States Court of Appeals, Second Circuit – Admitted 2015
United States Court of Appeals, Third Circuit – Admitted 2006
United States Court of Appeals, Eighth Circuit – Admitted 2012
United States Court of Appeals, Ninth Circuit – Admitted 2011