IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated | : | Case Number: 5:25-cv-03327-JLS |
| | : | |
| v. | : | |
| | : | |
| NUNA BABY ESSENTIALS, INC . | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Laurence D. King__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

/s/Charles E. Schaffer
(Signature of Attorney)

Charles E. Schaffer
(Name of Attorney)

Laurence D. King
(Name of Moving Party)

7/14/2025
(Date)