**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated, : : Plaintiff, : v. : : NUNA BABY ESSENTIALS, INC., : Defendant. : : | CIVIL ACTION No.: 5:25-cv-03327-JLS |

**STIPULATION AND ORDER**
**BETWEEN PLAINTIFF, MIRZA BAIG AND DEFENDANT, NUNA BABY ESSENTIALS, INC., TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND SET BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED, by and between the undersigned counsel for Plaintiff, Mirza Baig and Defendant, Nuna Baby Essentials, Inc., subject to Court approval hereof, that the time within which Defendant, Nuna Baby Essentials, Inc. shall answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to August 29, 2025. Plaintiff's opposition to any responsive motion filed by Defendant shall be due September 26, 2025, and Defendant's reply in support of any motion shall be due by October 17, 2025.

Good cause exists for this extension as the undersigned counsel for Defendant, Nuna Baby Essentials, Inc., has just been assigned to this class action case and counsel requires time to become knowledgeable about the history of the case and facts alleged in the pleadings to prepare an initial answer or motion.

BY:  */s/ Charles E. Schaffer*  
     **LEVIN SEDRAN & BERMAN LLP**  
     Charles E. Schaffer  
     Nicholas J. Elia  
     510 Walnut Street, Suite 500  
     Philadelphia, PA 19106  

BY:  */s/ Matthew C. Wilson*  
     **GOLDBERG SEGALLA LLP**  
     Matthew C. Wilson  
     1700 Market Street, Suite 3232  
     Philadelphia, PA 19103  
     Telephone:  (267)519-6876

Telephone: (215) 592-1500
cschaffer@lfsblaw.com
nelia@lfsblaw.com
**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (*pro hac vice*)
Matthew B. George (*pro hac vice*)
Clarissa R. Olivares (*pro hac vice*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
mgeorge@kaplanfox.com
colivares@kaplanfox.com

*Attorneys for Plaintiff*

mwilson@goldbergsegalla.com

*Attorneys for Defendant, Nuna Baby Essentials, Inc.*

**IT IS SO ORDERED**, this 25th day of July, 2025,

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
───────────────────────────
JEFFREY L. SCHMEHL
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the date below a true and correct copy of the foregoing Stipulation and Proposed Order was served upon all counsel of record via email.

|  |  |
|---|---|
| Dated: 7/22/2025 | */s/ Matthew C. Wilson*<br>Matthew C. Wilson, Esquire |