IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIRZA BAIG, | : | |
|       Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-03327-JLS |
| | : | |
| NUNA BABY ESSENTIALS, INC., | : | |
|       Defendant. | : | |

**AMENDED NOTICE OF RULE 16 CONFERENCE**

**TAKE NOTICE,** that the **Telephonic Rule 16 Conference,** in the above case has been rescheduled as follows**:**

1. The Rule 16 Conference in the above-captioned matter in Chambers before Judge Jeffrey L. Schmehl on Thursday, November 6, 2025 at 2:00 PM, (ECF No. 18) is **amended**.

2. Lead counsel shall appear for a TELEPHONIC Rule 16 conference in the above-captioned matter on **Thursday, November 6, 2025 at 1:30 PM,** by calling into the United States District Court, Chambers of Judge Jeffrey L. Schmehl. This is a time change only. The previously provided Dial-In instructions remain.[1]

                          For the Court,

                          */s/ Brian R. Dixon*
                          Brian R. Dixon
                          Deputy Clerk for Judge Jeffrey L. Schmehl

Date of Notice: November 4, 2025

---

[1] Dial: 1-855-244-8681; Access Code: 2310 267 4135