**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MIRZA BAIG,                Plaintiff, : : : | |
| v.                                          : | Civil No. 5:25-cv-03327-JLS |
| NUNA BABY ESSENTIALS, INC.,   Defendant. : : : | |

**ORDER**

**AND NOW,** this 6th day of November, 2025, after holding a Rule 16 conference with counsel, **IT IS HEREBY ORDERED** that a **VIDEO STATUS CONFERENCE** shall be held on February 12, 2026, at 2:00 PM. Access information shall be provided under separate cover.

**IT IS FURTHER ORDERED** that the parties shall complete fact discovery by September 30, 2026.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**