IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRZA BAIG, : | |
|        Plaintiff, : | |
| : | |
|        v. : | Civil No. 5:25-cv-03327-JLS |
| : | |
| NUNA BABY ESSENTIALS, INC., : | |
|        Defendant. : | |

**ORDER**

**AND NOW,** this 5th day of February, 2026, **IT IS HEREBY ORDERED** that the **VIDEO STATUS CONFERENCE** previously scheduled for February 12, 2026, at 2:00 PM is **RESCHEDULED** to February 13, 2026, at 11:00 AM. Access information shall be provided under separate cover.

                                                  **BY THE COURT:**

                                                  */s/ Jeffrey L. Schmehl*
                                                  **JEFFREY L. SCHMEHL, J.**