IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br>v.<br>NUNA BABY ESSENTIALS, INC.,<br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 5:25-cv-03327-JLS |

**DEFENDANT NUNA BABY ESSENTIALS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, Nuna Baby Essentials, Inc. ("Nuna"), submits the attached supplemental authority, an Order issued February 11, 2026, by Judge Kymberly K. Evanson of the United States District Court for the Western District of Washington, in a case concerning the same NHTSA recall, the same Rava car seats, and the same or similar theories of relief.

Judge Evanson heard oral argument on February 11, 2026 in the case of Roberts v. Nuna [2:25-cv-02209-KKE] after which she granted Nuna's Motion to Dismiss for failure to state a claim as to four of the five causes of action asserted in the Complaint, while permitting Plaintiff leave to amend. [Dkt 39]. Judge Evanson's Order denied Nuna's motion with respect to prudential mootness but did not address Nuna's lack of standing argument presented here in Baig. Judge Evanson's Order is attached hereto. The basis for her rulings was discussed in greater detail on the record.  A copy of the hearing transcript is attached hereto.

Of the four claims dismissed by Judge Evanson, Nuna believes at least three are substantially similar to the claims asserted in Baig, specifically:

　　Count 1 – Breach of Express Warranty

　　Count 2 – Breach of Implied Warranty of Merchantability

Count 3 – Failure to Disclose Material Facts

Nuna's corresponding Motion to Dismiss in this case is otherwise fully briefed.

Respectfully Submitted,

Dated: February 23, 2026					BY: */s/ Matthew C. Wilson*
**GOLDBERG SEGALLA LLP**
Matthew C. Wilson
1700 Market Street, Suite 3232
Philadelphia, PA 19103
(267) 519-6800
mwilson@goldbergsegalla.com

**CROWELL & MORING LLP**
Scott L. Winkleman (*pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
swinkleman@crowell.com

Valerie M. Goo (*pro hac vice*)
515 South Flower Street, 41st Floor
Los Angeles, Ca 90071
(213-622-4750
vgoo@crowell.com
*Attorneys for Defendant, Nuna Baby Essentials, Inc.*

55567435.v2

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the date below a true and correct copy of the foregoing Notice of Supplemental Authority was served upon all counsel of record via email.

Dated: February 23, 2026

*/s/ Matthew C. Wilson*
Matthew C. Wilson, Esquire

55567435.v2