## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>       Defendant. | Case No.: 5:25-cv-03327-JLS<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

On February 23, 2026, Defendant Nuna Baby Essentials, Inc. ("Nuna"), submitted Judge Kymberly K. Evanson of the United States District Court for the Western District of Washington's recent decision in *Roberts v. Nuna Baby Essentials Inc.*, Case No. 5:25-cv-03327-JLS as purported "support" for its motion to dismiss. *See* ECF No. 35-1.

As with Nuna's recent filing, ECF No. 27, a second Court evaluating claims over Nuna's dangerously defective car seats at issue in this matter has summarily rejected its primary defense on "prudential mootness" grounds due to Nuna's faulty recall. Further, the Court sustained the plaintiff's Washington Consumer Protection Act claim and provided leave to amend as to plaintiff's other claims. As discussed at the recent status hearing in this matter, Plaintiff's counsel in the related matter pending in California, where the prudential mootness defense was also summarily rejected, filed an extensive amended complaint with records Nuna produced to NHTSA that will sustain those plaintiffs' claims. *See In re Nuna Baby Essentials RAVA Litigation*, Case

No. 3:25-cv-01284-AMO, ECF No. 69. The FACC is highly redacted as it includes lengthy new allegations derived from Nuna's "confidential" designated materials. If it would benefit the Court, Plaintiff can file an unredacted version of the FACC under seal.

In this matter, Plaintiff Baig was already produced for deposition and has produced his responsive documents. Rather than burden Plaintiff and the Court with these selective, piecemeal filings,[1] Plaintiff would prefer that Nuna focus its litigation efforts on producing documents and records that have been outstanding for many months without explanation. To that end, on Friday, February 27, 2026, Plaintiff's counsel provided written notice to Nuna of intent to seek a March 31, 2026, compliance date for Nuna to complete its document production so that Plaintiff can take his depositions and prepare for class certification. Should Nuna continue its withholding of critical documents, Plaintiff anticipates filing a motion to compel compliance with the Parties' agreements and the Scheduling Orders in the related matters.

|  |  |
|---|---|
| DATED: March 4, 2026 | Respectfully submitted,<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br><br>By: /s/ *Matthew B. George*<br>         Matthew B. George |

---

[1] Defendant Nuna neglected to file an unfavorable order from Judge Laura K. McNally in the Northern District of Illinois in the matter of *Medema, et al., v. Nuna*, No. 25-cv-7768 (N.D. Ill.), ECF No. 52, completely rejecting its belated, irrelevant, and burdensome request to demand that plaintiffs submit to product testing during their depositions in part because Nuna "offers no reasons why Plaintiff's demonstration is relevant to her claims" and because plaintiffs submitted that Nuna "already possesses hundreds of videos of consumers demonstrating the test." *See* Exhibit A.

        Laurence D. King (admitted *pro hac vice*)
        Matthew B. George (admitted *pro hac vice*)
        Blair E. Reed (*pro hac vice* forthcoming)
        Clarissa R. Olivares (admitted *pro hac vice*)
        A.J. de Bartolomeo (*pro hac vice* pending)
        1999 Harrison Street, Suite 1501
        Oakland, CA 94612
        Telephone: 415-772-4700
        Facsimile: 415-772-4707
        Email: *lking@kaplanfox.com*
                *mgeorge@kaplanfox.com*
                *breed@kaplanfox.com*
                *colivares@kaplanfox.com*
                *ajdb@kaplanfox.com*

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Email: *cschaffer@lfsblaw.com*
      *nelia@lfsblaw.com*

*Attorneys for Plaintiff*