**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIRZA BAIG, Plaintiff, | : | |
| v. | : | Civil No. 5:25-cv-03327-JLS |
| NUNA BABY ESSENTIALS, INC., Defendant. | : | |

**ORDER**

**AND NOW,** this 14th day of September, 2026, following a telephonic status conference with counsel and upon receipt of a joint supplemental status report, it is hereby **ORDERED** as follows:

1. The plaintiff shall file a motion for class certification and supporting brief by **Friday, November 6, 2026.**
2. The defendant shall file a brief in opposition to the motion for class certification by **Friday, December 18, 2026.**
3. The plaintiff shall file a reply brief in further support of its motion for class certification by **Friday January 15, 2027.**
4. The parties shall complete fact discovery by **Monday, March 1, 2027.**
5. The court will hold an oral argument on the motion for class certification on **Thursday, April 1, 2027 at 10:00 a.m.**

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**