**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MIRZA BAIG, Plaintiff,

v.

NUNA BABY ESSENTIALS, INC., Defendant.

Civil No. 5:25-cv-03327-JLS

**ORDER**

**AND NOW,** this 15th day of September, 2026, it is hereby **ORDERED** that a video status conference with the parties is **SCHEDULED** for **Tuesday, November 10, 2026 at 3:00 p.m.** Access information shall be provided under separate cover prior to the conference.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**