**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MIRZA BAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUNA BABY ESSENTIALS, INC.,<br><br>Defendant. | Case No.: 5:25-cv-03327-JLS<br><br>**PARTIES' JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

Plaintiff Mirza Baig ("Plaintiff") and Defendant Nuna Baby Essentials, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, jointly provide a notice of proposed class action settlement as follows:

1. This is one of six putative class action cases currently pending in six different District Courts alleging similar claims on behalf of consumers who purchased or own a Nuna RAVA convertible car seat (in addition to this Action: *In re Nuna Baby Essentials RAVA Litigation*, No. 4:25-cv-01284-AMO (N.D. Cal Feb. 6, 2025); *Medema v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-07768 (N.D. Ill. July 9, 2025); *Chan v. Nuna Baby Essentials, Inc.*, No. 1:25-cv-03985-LDH-PK (E.D.N.Y. July 17, 2025); *Roberts v. Nuna Baby Essentials, Inc.*, No. 2:25-cv-2209-KKE (W.D. Wash. Nov. 11, 2025); and *Moncada, et al. v. Nuna Baby Essentials, Inc.,* No. 1:25-cv-02592-PKC (S.D.N.Y. Mar. 28, 2025) (collectively, the "Related Cases").

2. The Parties have engaged in extensive, coordinated discovery in the Related Cases, including this Action, and Plaintiff's motion for class certification is currently due on November 6, 2026.

3. The Parties engaged in an in-person mediation before the Honorable Elizabeth D.

Laporte (Ret.) of JAMS, on August 5, 2026, which resulted in progress but not in a settlement.

4. Following mediation, the Parties rescheduled the postponed depositions of Defendant's fact witnesses and the depositions were completed on September 21, 2026.

5. While the Parties continued to engage in discovery and prepare for class certification proceedings, the Parties held a further in-person mediation session with mediator Hunter Hughes in San Diego, California on September 30, 2026. During the September 30, 2026 mediation, the Parties reached an agreement in principle to settle all claims on behalf of approximately 600,000 putative class members in the United States in this and all Related Cases on a proposed classwide basis. The proposed settlement will be inclusive of all claims asserted by Plaintiff in this action on behalf of a putative class of consumers in the United States.

6. The Parties are now beginning the process of documenting the settlement, including drafting a long form settlement agreement, retaining a notice administrator and preparing a notice plan, drafting settlement notices, and preparing a motion for preliminary approval.

7. The Parties have agreed that the motions for preliminary approval, and, if granted, the eventual motions for final approval and attorneys' fees and costs, will be filed in this Action where Defendant is headquartered and where Plaintiff Baig has alleged claims on behalf of a proposed nationwide class.

8. Consistent with experiences in similar cases, the Parties anticipate that documenting and finalizing the settlement agreement and preparing the motion for preliminary approval will take approximately 75 days, and that the preliminary approval motion will be filed in this Court by December 11, 2026.

9. In order to preserve judicial resources and streamline the litigation among all of the Courts while the settlement approval process is ongoing, the Parties propose that this Court vacate

the current case schedule and stay the litigation for approximately 90 days while the Parties finalize the settlement papers and file the motion for preliminary approval for this Court's consideration.

10. The Parties are promptly seeking similar stays of litigation in all of the Related Cases pending efforts to conclude the settlement.

11. No Party waives, and each Party expressly reserves, all claims, defenses, and arguments, including as to the merits, class certification, and the scope of remaining discovery.

12. The Parties submit that good cause exists for the proposed stay because they have been actively and diligently litigating this matter both in this Court and the Related Cases, actively pursued and obtained a negotiated resolution in principle of all claims on a nationwide class basis, and believe the requested stay will allow the Parties to most efficiently document and obtain settlement approval from one Court handling the Related Cases.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 14, 2026

By: /s/ *Matthew B. George*
Matthew B. George

Laurence D. King (admitted *pro hac vice*)
Matthew B. George (admitted *pro hac vice*)
Clarissa R. Olivares (admitted *pro hac vice*)
A.J. de Bartolomeo (admitted *pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*colivares@kaplanfox.com*
*ajd@kaplanfox.com*

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer
Nicholas J. Elia
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Email: *cschaffer@lfsblaw.com*
*nelia@lfsblaw.com*

*Attorneys for Plaintiff*

**GOLDBERG SEGALLA LLP**

DATED: October 14, 2026

By: /s/ *David S. Osterman*
David S. Osterman

David S. Osterman (*pro hac vice)*
301 Carnegie Center, Suite 200
Princeton, NJ 08540
(609) 986-1300
Email: *dosterman@goldbergsegalla.com*

**GOLDBERG SEGALLA LLP**
Matthew C. Wilson
1700 Market Street, Suite 3232
Philadelphia, PA 19103
(267) 519-6800
Email: *mwilson@goldbergsegalla.com*

**CROWELL & MORING LLP**
Scott L. Winkleman (*pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
Email: *swinkleman@crowell.com*

**CROWELL & MORING LLP**
Valerie M. Goo (*pro hac vice*)
515 South Flower Street, 41st Floor
Los Angeles, Ca 90071
(213) 622-4750
Email: *vgoo@crowell.com*

*Attorneys for Defendant Nuna Baby Essentials, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1.2 8(c)**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October, 2026, at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George