**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MIRZA BAIG, Plaintiff, | : | |
| v. | : | Civil No. 5:25-cv-03327-JLS |
| NUNA BABY ESSENTIALS, INC., Defendant. | : | |

# ORDER

**AND NOW**, this 10th day of November, 2026, **IT IS HEREBY ORDERED THAT** the Motion of, Adam E. Edwards, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ Granted

☐ Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Adam E. Edwards, Esquire as counsel for plaintiff.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).